M. ROBERT PAGLEE v.
TWP. COMMITTEE OF THE TWP. OF PEMBERTON.

February 15, 1977. Petition for certification denied.

NEW JERSEY BANK v. JOSEPH P. PALLADINO.

February 15, 1977. Petition for certification denied. (See 146 *N. J. Super.* 6)

STATE OF NEW JERSEY v. WILLIAM R. KING.

February 15, 1977. Petition for certification denied.

CHARLES L. SKERRETT v. BD. OF TRUSTEES OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. MOSE SHELDON HALL.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. MARK LIMA.

February 15, 1977. Petition for certification denied. (See 144 *N. J. Super.* 263)